UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **TONY SPENCER** | **JUDGMENT IN A CIVIL CASE** |
|     **Plaintiff,** | |
| **v.** | |
| **SHELBY COUNTY, ET AL.** | **CASE NO: 16-2354-STA-egb** |
|     **Defendants.** | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order of Dismissal and Order Certifying That An Appeal Would Not Be Taken In Good Faith And Order Denying Leave To Proceed On Appeal In Forma Pauperis entered on May 2, 2017, this cause is hereby dismissed.**

                                             **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 5/3/2017**
                                              THOMAS M. GOULD
                                              **Clerk of Court**

                                              s/Maurice B. BRYSON

                                             **(By) Deputy Clerk**